B6A (Official Form 6A) (12/07)

In re **David Moore**                     Case No.   **10-40579**
     **Lisa Therese Moore**                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Homestead 7 acre tract Waller County<br><br>25566 Bradbury Drive Hockley, TX 77447<br><br>7 acre tract<br><br>Both tracts are adjacent. | Fee Simple Absolute | C | $247,000.00 | $340,000.00 |
| Homestead 18 disputed acres Waller County land.<br><br>This acrage is disputed whether it is owned by Debtors as part of their homestead or by a corporation, a trustee, or by Lisa Bushman.  Ms. Bushman has been attempting to acquire this land through judicial proceedings.  The proceedings have so far awarded it to the corporation.  An appeal is pending.<br><br>Debtors claim this as their homestead to the extent that it is awarded to them in the future resolution of the judicial proceedings, otherwise it belongs to whoever is awarded by the court.<br><br>Both tracts are adjacent.<br><br>Value is based on Debtors' interest given the status of the litigation, that is what the debtors could sell their interest for as of time of filing considering all the facts, not what the property could be worth if Debtor's had clear title without the litigation and attempts to seize it by other persons and or entities. | Fee Simple | C | $5,000.00 | $0.00 |
| | | Total: | **$252,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **David Moore**                           Case No.   **10-40579**
      **Lisa Therese Moore**                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash -approx. | C | $1,200.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Propsperity Bank | C | $215.16 |
| | | Regions Bank | C | $515.81 |
| | | Amegy Bank | C | $774.58 |
| | | Bank of America | C | $19.65 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | Electricity deposit | C | $150.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Food and beverages | C | $100.00 |
| | | Towels, washcloths, sheets, blankets, covers, duvets, pillow cases, curtains, cloths etc | C | $100.00 |
| | | Rugs | C | $150.00 |
| | | Cleaning supplies, tools, liquids etc | C | $30.00 |
| | | Personal care items | C | $50.00 |
| | | Medicine and medical devices | C | $100.00 |
| | | Junk otherwise not listed | C | $150.00 |
| | | Plants and flowers with vases and equipment | C | $25.00 |
| | | Household pets, and equipment | C | $500.00 |
| | | Telephones and answering machines | C | $75.00 |
| | | Radios | C | $50.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Moore**
       **Lisa Therese Moore**

Case No.   __10-40579__
           (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Bed frame | C | $50.00 |
| | | Mattress | C | $150.00 |
| | | Box spring | C | $50.00 |
| | | Side tables | C | $30.00 |
| | | Lamps | C | $10.00 |
| | | Dresser | C | $75.00 |
| | | TV | C | $75.00 |
| | | Bed frame | C | $50.00 |
| | | Mattress | C | $150.00 |
| | | Box spring | C | $50.00 |
| | | Lamps | C | $100.00 |
| | | Bed frame | C | $20.00 |
| | | Mattress | C | $30.00 |
| | | Box spring | C | $10.00 |
| | | Lamps | C | $10.00 |
| | | Dresser | C | $80.00 |
| | | TV | C | $20.00 |
| | | Bed frame | C | $10.00 |
| | | Mattress | C | $20.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Moore**                                    Case No.   **10-40579**
       **Lisa Therese Moore**                                                _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Box spring | C | $20.00 |
| | | Desk with chair | C | $60.00 |
| | | Refridgerator | C | $300.00 |
| | | Freezer | C | $60.00 |
| | | Range/oven | C | $100.00 |
| | | Cutlery | C | $50.00 |
| | | Crockery | C | $25.00 |
| | | Pots/pans | C | $50.00 |
| | | Kitchen chairs | C | $100.00 |
| | | Misc cooking and serving equipment | C | $50.00 |
| | | Dining table | C | $300.00 |
| | | Chairs | C | $200.00 |
| | | China cabinet | C | $500.00 |
| | | Couch | C | $200.00 |
| | | Couch | C | $200.00 |
| | | Love seat | C | $200.00 |
| | | Side tables | C | $75.00 |
| | | Couch | C | $100.00 |
| | | Love seat | C | $100.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Moore**                                      Case No.  <u>**10-40579**</u>
       **Lisa Therese Moore**                                        <u>                    </u>
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | TV | C | $300.00 |
| | | Enteratainment center | C | $200.00 |
| | | DVD Player | C | $50.00 |
| | | Side tables | C | $50.00 |
| | | Lamps | C | $30.00 |
| | | recliners | C | $25.00 |
| | | TV | C | $30.00 |
| | | Washer | C | $100.00 |
| | | Dryer | C | $100.00 |
| | | Mattress | C | $50.00 |
| | | Box spring | C | $10.00 |
| | | Desk | C | $30.00 |
| | | Lamps | C | $15.00 |
| | | Dresser | C | $30.00 |
| | | TV | C | $100.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Professional and occupational books and magazines | C | $300.00 |
| | | Picture | C | $75.00 |
| | | Picture | C | $150.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Moore**                                  Case No.   **10-40579**
       **Lisa Therese Moore**                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Taxidermy mounts | C | $1,200.00 |
| | | Other pictures, art etc | C | $200.00 |
| | | other art | C | $200.00 |
| | | Books and magazines | C | $100.00 |
| | | Tapes, CD's, DVD's etc | C | $100.00 |
| | | Crucifix | C | $20.00 |
| 6. Wearing apparel. | | Occupational clothes | C | $200.00 |
| | | Clothes | C | $200.00 |
| 7. Furs and jewelry. | | 2 Diamond rings | C | $2,000.00 |
| | | Wedding ring | C | $1,000.00 |
| | | Watches | C | $300.00 |
| | | Custome jewelry | C | $100.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Savage 243 | C | $320.00 |
| | | New England Firearms 12 gage singe shot | C | $175.00 |
| | | .22 Savage | C | $125.00 |
| | | Sporting goods and equipment | C | $100.00 |
| | | Bicycles | C | $25.00 |
| | | Jet ski | C | $350.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Moore**                                              Case No.   **10-40579**
       **Lisa Therese Moore**                                                      _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | IRA | C | $1,398.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Shares and partnership interests in:<br>Davlis LLC<br>Brushy Creek Kennel, Inc.<br>Davlis Enterprises, Ltd.<br>Debtors maintain that the shares are worthless because the land in question was transferred back to Debtors and is part of the homestead.  Lisa Bushman may dispute this. | C | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Moore**                                  Case No.   **10-40579**
     **Lisa Therese Moore**                           _____
                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Moore**                                        Case No.   **10-40579**
     **Lisa Therese Moore**                                    _____
                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Dodge 3500 130,000 miles approx. Used to haul livestock and equipment | C | $10,500.00 |
| | | 2001 Dodge 1500 200,000 miles approx.---not running | C | $50.00 |
| | | 2001 Ford Diesel Truck 148,000 miles approx. | C | $3,800.00 |
| | | 1999 Ford Windstar 100,000 miles approx.--not running. | C | $200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computers | C | $100.00 |
| | | Printers | C | $100.00 |
| | | Cameras | C | $50.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Tractor | C | $400.00 |
| | | Welder | C | $150.00 |
| | | Drills/angle grinder | C | $80.00 |
| | | Forks, shovels, pics, etc | C | $90.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **David Moore**            Case No.   **10-40579** _____
      **Lisa Therese Moore**                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 8*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Farm implements, plough | C | $275.00 |
| | | disk, harrow, chisel | C | $375.00 |
| | | Bobcat | C | $1,650.00 |
| | | Tack | C | $300.00 |
| | | Horse trailer | C | $3,500.00 |
| | | Tractor | C | $1,800.00 |
| | | Harrow | C | $100.00 |
| | | Disk | C | $150.00 |
| | | Spreader | C | $75.00 |
| | | Trailer | C | $600.00 |
| | | Hay spear | C | $50.00 |
| | | Cultivator | C | $35.00 |
| | | Hay and grain | C | $1,700.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | 6 horses | C | $2,000.00 |
| | | 27 chickens | C | $150.00 |
| | | 15 ducks | C | $100.00 |
| | | 9 calves | C | $900.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **David Moore**                                         Case No.   **10-40579**
       **Lisa Therese Moore**                                            _____
                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 9*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 3 pigs | C | $375.00 |
| | | Fish in fishponds | C | $1,900.00 |
| 32. Crops - growing or harvested. Give particulars. | | Hay | C | $1,850.00 |
| | | Fruit and vegetables | C | $1,425.00 |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Living Trailer | C | $4,000.00 |
| | | | | |

_____**9**_____ continuation sheets attached          **Total  >**          $56,473.20

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **David Moore**                                    Case No.  **10-40579**
       **Lisa Therese Moore**                                      _____
                                                                   (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*

  ☐  11 U.S.C. § 522(b)(2)
  ☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Homestead 7 acre tract<br>Waller County<br><br>25566 Bradbury Drive<br>Hockley, TX 77447<br><br>7 acre tract<br><br>Both tracts are adjacent. | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | 100% | $247,000.00 |
| Homestead 18 disputed acres<br>Waller County land.<br><br>This acrage is disputed whether it is owned by Debtors as part of their homestead or by a corporation, a trustee, or by Lisa Bushman.  Ms. Bushman has been attempting to acquire this land through judicial proceedings.  The proceedings have so far awarded it to the corporation.  An appeal is pending.<br><br>Debtors claim this as their homestead to the extent that it is awarded to them in the future resolution of the judicial proceedings, otherwise it belongs to whoever is awarded by the court.<br><br>Both tracts are adjacent.<br><br>Value is based on Debtors' interest given the | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | 100% | $5,000.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$5,000.00** | **$252,000.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **David Moore**                                    Case No.   **10-40579**
       **Lisa Therese Moore**                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| status of the litigation, that is what the debtors could sell their interest for as of time of filing considering all the facts, not what the property could be worth if Debtor's had clear title without the litigation and attempts to seize it by other persons and or entities. | | | |
| Food and beverages | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Towels, washcloths, sheets, blankets, covers, duvets, pillow cases, curtains, cloths etc | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Rugs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Cleaning supplies, tools, liquids etc | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $30.00 | $30.00 |
| Personal care items | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Medicine and medical devices | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Junk otherwise not listed | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Plants and flowers with vases and equipment | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Household pets, and equipment | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| Telephones and answering machines | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| | | **$6,280.00** | **$253,280.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **David Moore**                                              Case No.  **10-40579**
      **Lisa Therese Moore**                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Radios | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Bed frame | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Mattress | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Box spring | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Side tables | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $30.00 | $30.00 |
| Lamps | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10.00 | $10.00 |
| Dresser | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| TV | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| Bed frame | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Mattress | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Box spring | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Lamps | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Bed frame | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $20.00 | $20.00 |
| | | **$7,140.00** | **$254,140.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **David Moore**                                        Case No.  **10-40579**
      **Lisa Therese Moore**
                                                         (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Mattress | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $30.00 | $30.00 |
| Box spring | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10.00 | $10.00 |
| Lamps | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10.00 | $10.00 |
| Dresser | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $80.00 | $80.00 |
| TV | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $20.00 | $20.00 |
| Bed frame | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10.00 | $10.00 |
| Mattress | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $20.00 | $20.00 |
| Box spring | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $20.00 | $20.00 |
| Desk with chair | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $60.00 | $60.00 |
| Refridgerator | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Freezer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $60.00 | $60.00 |
| Range/oven | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Cutlery | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| | | **$7,910.00** | **$254,910.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **David Moore**                                    Case No.   **10-40579**
        **Lisa Therese Moore**                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Crockery | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| Pots/pans | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Kitchen chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Misc cooking and serving equipment | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Dining table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| China cabinet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| Couch | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Couch | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Love seat | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Side tables | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| Couch | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Love seat | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
|  |  | **$10,010.00** | **$257,010.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **David Moore**                              Case No.  **10-40579**
       **Lisa Therese Moore**                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| TV | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Enteratainment center | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| DVD Player | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Side tables | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Lamps | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $30.00 | $30.00 |
| recliners | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| TV | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $30.00 | $30.00 |
| Washer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Dryer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Mattress | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Box spring | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $10.00 | $10.00 |
| Desk | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $30.00 | $30.00 |
| Lamps | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $15.00 | $15.00 |
| | | **$11,000.00** | **$258,000.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **David Moore**                                    Case No.  **10-40579**
       **Lisa Therese Moore**                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 6*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Dresser | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $30.00 | $30.00 |
| TV | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Professional and occupational books and magazines | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $300.00 | $300.00 |
| Picture | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $75.00 | $75.00 |
| Picture | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Taxidermy mounts | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,200.00 | $1,200.00 |
| Other pictures, art etc | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| other art | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Books and magazines | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Tapes, CD's, DVD's etc | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Crucifix | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $20.00 | $20.00 |
| Occupational clothes | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $200.00 | $200.00 |
|  | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 |  |
|  |  | **$13,675.00** | **$260,675.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **David Moore**                                  Case No.   **10-40579**
       **Lisa Therese Moore**                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 7*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Clothes | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $200.00 | $200.00 |
| 2 Diamond rings | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $2,000.00 | $2,000.00 |
| Wedding ring | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $1,000.00 | $1,000.00 |
| Watches | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $300.00 | $300.00 |
| Custome jewelry | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $100.00 | $100.00 |
| Savage 243 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $320.00 | $320.00 |
| New England Firearms 12 gage singe shot | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $175.00 | $175.00 |
| Sporting goods and equipment | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $100.00 | $100.00 |
| Bicycles | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $25.00 | $25.00 |
| Jet ski | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $350.00 | $350.00 |
| IRA | Tex. Prop. Code § 42.0021 | 100% | $1,398.00 |
| 2006 Dodge 3500 130,000 miles approx. Used to haul livestock and equipment | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(3) | $10,500.00 | $10,500.00 |
| | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | |
| | | **$30,143.00** | **$277,143.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **David Moore**                                     Case No.   **10-40579**
       **Lisa Therese Moore**                                         (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 8*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2001 Dodge 1500 200,000 miles approx.---not running | Tex. Prop. Code §§ 42.001(a), 42.002(a)(3) | $50.00 | $50.00 |
| | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $0.00 | |
| 2001 Ford Diesel Truck 148,000 miles approx. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(3) | $3,800.00 | $3,800.00 |
| | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $0.00 | |
| 1999 Ford Windstar 100,000 miles approx.--not running. | Tex. Prop. Code §§ 42.001(a), 42.002(a)(3) | $200.00 | $200.00 |
| | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $0.00 | |
| Computers | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $100.00 | $100.00 |
| Printers | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $100.00 | $100.00 |
| Cameras | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $50.00 | $50.00 |
| Tractor | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $400.00 | $400.00 |
| Welder | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $150.00 | $150.00 |
| Drills/angle grinder | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $80.00 | $80.00 |
| Forks, shovels, pics, etc | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $90.00 | $90.00 |
| | | $35,163.00 | $282,163.00 |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **David Moore**                                    Case No.   **10-40579**
       **Lisa Therese Moore**                                        _____
                                                                     (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 9*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Farm implements, plough | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $275.00 | $275.00 |
| disk, harrow, chisel | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $375.00 | $375.00 |
| Bobcat | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $1,650.00 | $1,650.00 |
| Tack | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $300.00 | $300.00 |
| Horse trailer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(3) | $3,500.00 | $3,500.00 |
|  | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 |  |
| Tractor | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $1,800.00 | $1,800.00 |
| Harrow | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $100.00 | $100.00 |
| Disk | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $150.00 | $150.00 |
| Spreader | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $75.00 | $75.00 |
| Trailer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $600.00 | $600.00 |
| Hay spear | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $50.00 | $50.00 |
| Cultivator | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $35.00 | $35.00 |
|  |  | **$44,073.00** | **$291,073.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re **David Moore**                                        Case No.   **10-40579**
        **Lisa Therese Moore**                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 10*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Hay and grain | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $1,700.00 | $1,700.00 |
| 6 horses | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(10) | $2,000.00 | $2,000.00 |
| | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(11) | $0.00 | |
| 27 chickens | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(10) | $150.00 | $150.00 |
| 15 ducks | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(10) | $100.00 | $100.00 |
| 9 calves | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(10) | $900.00 | $900.00 |
| 3 pigs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(10) | $375.00 | $375.00 |
| Fish in fishponds | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(10) | $1,900.00 | $1,900.00 |
| Hay | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(2) | $1,850.00 | $1,850.00 |
| | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(10) | $0.00 | |
| Fruit and vegetables | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(10) | $1,425.00 | $1,425.00 |
| | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(2) | $0.00 | |
| Living Trailer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(3) | $0.00 | $4,000.00 |
| | | **$54,473.00** | **$305,473.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re **David Moore**                          Case No.   **10-40579**
      **Lisa Therese Moore**                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 11*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $0.00 | |
| | | **$54,473.00** | **$305,473.00** |

B6D (Official Form 6D) (12/07)

In re **David Moore**                                        Case No. **10-40579**
      **Lisa Therese Moore**                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxx1451<br><br>**American Home Mtg Svci**<br>**Po B   631730**<br>**Irving, TX 75063** | | - | DATE INCURRED:  **04/2006**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br>**Discharged in previous Chapter 7 in rem only.**<br>**Business Debt.**<br><br>VALUE:                    **$247,000.00** | | | X | **$340,000.00** | **$93,000.00** |
| **Representing:**<br>**American Home Mtg Svci** | | | **Brice, Vander Linden & Wernick, P.C.**<br>**9441 LBJ Freeway, Suite 250**<br>**Dallas, TX  75243** | | | | **Notice Only** | **Notice Only** |
| ACCT #: xxxxx0000<br><br>**United Heritage Cu**<br>**12208 N Mopac Expressway**<br>**Austin, TX 78758** | | - | DATE INCURRED:  **06/08/2007**<br>NATURE OF LIEN:<br>**Secured**<br>COLLATERAL:<br>**Living Trailer**<br>REMARKS:<br>**Business Debt**<br><br>VALUE:                      **$4,000.00** | | | X | **$12,283.00** | **$8,283.00** |
| ACCT #:<br><br>**Waller County Tax Office**<br>**Ellen C. Shelburne**<br>**730 Ninth Street**<br>**Hempstead, TX 77445** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**Homestead**<br>REMARKS:<br>**approx. property taxes due Jan. 31, 2011**<br><br>VALUE:                    **$252,000.00** | | | | **$0.00** | |
| | | | Subtotal (Total of this Page) > | | | | **$352,283.00** | **$101,283.00** |
| | | | Total (Use only on last page) > | | | | | |
| _____1_____ continuation sheets attached | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **David Moore**   Case No.   **10-40579**

**Lisa Therese Moore**   (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing: Waller County Tax Office** | | | **Waller County Property Taxes Attn: Tara L. Grundemeier P.O. Box 3064 Houston, TX 77253** | | | | **Notice Only** | **Notice Only** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. _____1_____ of _____1_____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$0.00** |
| Total (Use only on last page) > | **$352,283.00** |

| Subtotal (Total of this Page) > | **$0.00** |
| Total (Use only on last page) > | **$101,283.00** |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **David Moore**                                         Case No.   **10-40579**
        **Lisa Therese Moore**                                                (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **David Moore**                        Case No. **10-40579**

        **Lisa Therese Moore**                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**America's Servicing Co.**<br>**3476 Stateview Blvd**<br>**MAC #X7801-014**<br>**Fort Mill, SC 29715** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | X | **Notice Only** |
| ACCT #: **xx9936**<br>**American Credit Bureau**<br>**3800 S Congress Ave**<br>**Boynton Beach, FL 33426** | | - | DATE INCURRED: **03/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | X | **($1.00)** |
| ACCT #: **xxxxxxxxxxxx4703**<br>**American Express**<br>**c/o Becket and Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355** | | - | DATE INCURRED: **05/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$0.00** |
| ACCT #: **xxxxxxxxxxxx1453**<br>**Aspire**<br>**Po Box 105555**<br>**Atlanta, GA 30348** | | - | DATE INCURRED: **06/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$0.00** |
| ACCT #:<br>**AT&T Wireless**<br>**One ATT Way**<br>**Bedminster, NJ 07921** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Cell phone service**<br>REMARKS: | | | X | **$350.00** |
| ACCT #: **xxxxxxxxx7898**<br>**Bank Of America**<br>**Po Box 15026**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: **10/18/2006**<br>CONSIDERATION:<br>**Check Credit or Line of Credit**<br>REMARKS: | | | X | **$0.00** |

Subtotal >     **$349.00**

**Total >**
(Use only on last page of the completed Schedule F.)

     **8**     continuation sheets attached    **(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Moore**              Case No.  **10-40579**
         **Lisa Therese Moore**                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxx8338<br>**Bank Of America**<br>**Po Box 15026**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **10/27/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$0.00** |
| ACCT #:<br>**Bethany Fulton**<br>**Missy Liner**<br>**c/o Jamie Lowry**<br>**P.O. Box 580**<br>**Franklin, TX 77856** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Paid in full prior to filing.  No release of judgment filed.  Debtors dispute that anything is owed.  Fulton and Liner would not** | | | X | **Notice Only** |
| | | | **claim that anything is owed.** | | | | |
| ACCT #:  xxxxxxxxxxx2704<br>**Capital One, N.a.**<br>**C/O American Infosource**<br>**PO Box 54529**<br>**Oklahoma City, OK 73154** | | - | DATE INCURRED:  **11/15/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **($1.00)** |
| ACCT #:  xxxxxxxxxxx3892<br>**Capital One, N.a.**<br>**C/O American Infosource**<br>**PO Box 54529**<br>**Oklahoma City, OK 73154** | | - | DATE INCURRED:  **09/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$0.00** |
| ACCT #:  xxxxxxxxxxx7652<br>**Capital One, N.a.**<br>**C/O American Infosource**<br>**PO Box 54529**<br>**Oklahoma City, OK 73154** | | - | DATE INCURRED:  **12/24/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$0.00** |

Sheet no. ___1___ of ___8___ continuation sheets attached to          **Subtotal >**    **($1.00)**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Moore**                                    Case No.   **10-40579**
       **Lisa Therese Moore**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx3257<br>**Capital One, N.a.**<br>**C/O American Infosource**<br>**PO Box 54529**<br>**Oklahoma City, OK 73154** | | - | DATE INCURRED:  **06/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  xxxxxxxxxxxx0994<br>**Capital One, N.a.**<br>**C/O American Infosource**<br>**PO Box 54529**<br>**Oklahoma City, OK 73154** | | - | DATE INCURRED:  **05/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  xxxxxx7475<br>**Chase**<br>**11200 W Parkland A**<br>**Milwaukee, WI 53224** | | - | DATE INCURRED:  **05/2001**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | X | ($1.00) |
| ACCT #:  xxxxxxxxxxxx1538<br>**Chase**<br>**Attn: Bankruptcy Dept**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **09/01/1998**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  xxxxxxxxxxxx4882<br>**Chase**<br>**P.o. Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **01/2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  xxxxxxxxxxxx1116<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **05/1998**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |

Sheet no. ____**2**____ of _____**8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   ($1.00)

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **David Moore**  
**Lisa Therese Moore**

Case No. **10-40579**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx2771<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **06/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  xxxxxxxxxxxx9867<br>**Chase**<br>**Bank One Card Serv**<br>**Westerville, OH 43081** | | - | DATE INCURRED:  **06/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  xxxxxxxxx0550<br>**Chase**<br>**9451 Corbin Avenue**<br>**Northridge, CA 91328** | | - | DATE INCURRED:  **04/1998**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  xxxxxxxxx0636<br>**Chase**<br>**Po Box 1093**<br>**Northridge, CA 91328** | | - | DATE INCURRED:  **05/2001**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  xxxxxxxxxxxx0267<br>**Chase**<br>**Attn: Bankruptcy Dept**<br>**PO Box 15145**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **03/1994**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  xxxxxx3667<br>**Cit Fin Serv**<br>**715 S. Metropolitan Ave**<br>**Oklahoma City, OK 73108** | | - | DATE INCURRED:  **11/2003**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | X | $0.00 |

Sheet no. ____3____ of ____8____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **David Moore**                Case No. **10-40579**
       **Lisa Therese Moore**                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx2168**<br>**Cit Fin Serv**<br>**715 S. Metropolitan Ave**<br>**Oklahoma City, OK 73108** | | - | DATE INCURRED: **08/2002**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | X | $0.00 |
| ACCT #: **xxxxxxxxxxx2271**<br>**Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | | - | DATE INCURRED: **02/16/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #: **xxxxxxxxxxx7771**<br>**Citibank Usa**<br>**Attn.: Centralized  Bankruptcy**<br>**PO Box 20363**<br>**Kansas City, MO 64195** | | - | DATE INCURRED: **12/1999**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | X | $0.00 |
| ACCT #: **xxxxxxxxxxx2765**<br>**Citifinancial Retail Services**<br>**Citifinancial/Attn: Bankruptcy Dept**<br>**1111 Northpoint Dr**<br>**Coppell, TX 75019** | | - | DATE INCURRED: **05/2003**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**DirecTV**<br>**P.O. Box 78626**<br>**Phoenix, AZ 85062** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Satellite Telecommunications**<br>REMARKS:<br>**Approx.** | | | | $240.00 |
| ACCT #: **xxxxxxxxxxx6446**<br>**Discover Fin**<br>**Attention: Bankruptcy Department**<br>**PO Box 3025**<br>**New Albany, OH 43054** | | - | DATE INCURRED: **12/1995**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |

Sheet no. ____**4**____ of ____**8**____ continuation sheets attached to           **Subtotal >**     **$240.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                **Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Moore**                                     Case No.   **10-40579**
        **Lisa Therese Moore**                                        (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx9625**<br>**First Community Bank**<br>**1150 West Main Street**<br>**Tomball, TX 77375** | | - | DATE INCURRED:  **06/2001**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  **xxxxxxxxxxxx5533**<br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | - | DATE INCURRED:  **11/19/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  **xxxxxxxxxxxx2908**<br>**First Usa Bank N A**<br>**3565 Piedmont Rd Ne**<br>**Atlanta, GA 30305** | | - | DATE INCURRED:  **05/1998**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  **xxxx6480**<br>**Ford Motor Credit Corporation**<br>**National Bankruptcy Center**<br>**PO Box 6275**<br>**Dearborn, MI 48121** | | - | DATE INCURRED:  **06/1999**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  **xxxxxxxxxxxx2620**<br>**GEMB / Mervyns**<br>**Attention:  Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **12/02/2001**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  **xxxxxxxxxxxx6364**<br>**Gemb/jcp**<br>**Attention:  Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **12/13/1995**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | X | $0.00 |

Sheet no. ____**5**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$0.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Moore**
      **Lisa Therese Moore**

Case No.   **10-40579**
               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxx3410**<br>**Gembppbycr**<br>**Attention: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **06/20/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | ($1.00) |
| ACCT #:  **xxxxxxxxxxxx2308**<br>**Hsbc/ofmax**<br>**Po Box 15221**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **04/1998**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Hughes Net**<br>**P.O. Box 96874**<br>**Chicago, IL 60693** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Internet Service**<br>REMARKS:<br>**Business Debt** | | | X | $178.23 |
| ACCT #:<br>**Lisa Bushman**<br>**c/o Ronald H. Tonkin**<br>**2777 Allen Parkway, Suite 1080**<br>**Houston, TX 77019** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Reduced to judgment but on appeal.  Approx. amount.** | | | X | $250,000.00 |
| **Representing:**<br>**Lisa Bushman** | | | **David Askanase, Chapter 7 Trustee**<br>**Hughes Watters Askanase**<br>**333 Clay, 29th Floor**<br>**Houston, Texas  77002** | | | | **Notice Only** |
| ACCT #:  **xxxxxx5284**<br>**National City**<br>**Attention:  Bankruptcy Department**<br>**6750 Miller Rd**<br>**Brecksville, OH 44141** | | - | DATE INCURRED:  **06/2005**<br>CONSIDERATION:<br>**Recreational**<br>REMARKS: | | | X | $0.00 |

Sheet no. _____**6**_____ of _____**8**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

      **Subtotal >**      **$250,177.23**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Moore**                                       Case No.  **10-40579**
      **Lisa Therese Moore**                                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **x7265**<br>**Palais R/gnb**<br>**P.o. Box 64**<br>**Jacksonville, TX 75766** | | - | DATE INCURRED:  **08/07/2001**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  **xxxxxx3807**<br>**Pnc Mortgage**<br>**6 N Main St**<br>**Dayton, OH 45402** | | - | DATE INCURRED:  **01/2006**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  **xxxxxxx2301**<br>**San Antonio Credit Uni**<br>**Attn: Bankruptcy**<br>**PO Box 1356**<br>**San Antonio, TX 78295** | | - | DATE INCURRED:  **11/2003**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  **xxxxxxxxxxx0151**<br>**Sears/cbsd**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED:  **11/1984**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #:  **xxxxxxxxxxxx2734**<br>**Suntrust Bank**<br>**Po Box 85052**<br>**Richmond, VA 23285** | | - | DATE INCURRED:  **10/16/2006**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | X | ($1.00) |
| ACCT #:<br>**T-Mobile**<br>**P.O. Box 660252**<br>**Dallas, TX 75266** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Mobile Phone Service**<br>REMARKS: | | | X | $1,000.00 |

Sheet no. ____7____ of ____8____ continuation sheets attached to         **Subtotal >** | **$999.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                 **Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **David Moore**          Case No. **10-40579**
      **Lisa Therese Moore**                    _____
                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx3001<br>**Texasone Community Cre**<br>**12811 Northwest Fwy**<br>**Houston, TX 77040** | | - | DATE INCURRED: **06/2009**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxx2001<br>**Us Bank**<br>**Po Box 5227**<br>**Cincinnati, OH 45201** | | - | DATE INCURRED: **07/2000**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxxx5315<br>**Wells Fargo Bank**<br>**Po Box 5445**<br>**Portland, OR 97228** | | - | DATE INCURRED: **06/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____8____ of ____8____ continuation sheets attached to          **Subtotal >**          **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                         **Total >**          **$251,763.23**
                                          **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **David Moore**                                    Case No. **10-40579**
       **Lisa Therese Moore**                                                  (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **AT&T Wireless**<br>One ATT Way<br>Bedminster, NJ 07921 | Cell phone service<br>Contract to be ASSUMED |
| **DirecTV**<br>P.O. Box 78626<br>Phoenix, AZ 85062 | Satellite TV<br>Contract to be ASSUMED |
| **T-Mobile**<br>P.O. Box 660252<br>Dallas, TX 75266 | Mobile Phone Service<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re **David Moore**
        **Lisa Therese Moore**

Case No.   **10-40579**
                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re **David Moore**                           Case No.   **10-40579**

    **Lisa Therese Moore**                                       (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): Son<br>Daughter<br>Daughter<br>Son | Age(s): 18<br>16<br>6<br>5 | Relationship(s): | Age(s): |

| **Employment:** | **Debtor** | **Spouse** |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $0.00 |
| 2.  Estimate monthly overtime | $0.00 | $0.00 |
| 3.  SUBTOTAL | **$0.00** | **$0.00** |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $0.00 |
|     b. Social Security Tax | $0.00 | $0.00 |
|     c. Medicare | $0.00 | $0.00 |
|     d. Insurance | $0.00 | $0.00 |
|     e. Union dues | $0.00 | $0.00 |
|     f. Retirement | $0.00 | $0.00 |
|     g. Other (Specify) _____ | $0.00 | $0.00 |
|     h. Other (Specify) _____ | $0.00 | $0.00 |
|     i. Other (Specify) _____ | $0.00 | $0.00 |
|     j. Other (Specify) _____ | $0.00 | $0.00 |
|     k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$0.00** |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$0.00** |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $11,075.57 | $0.00 |
| 8.  Income from real property | $0.00 | $0.00 |
| 9.  Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or<br>     that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify):<br>                       / One of the children _____ | $0.00 | $1,371.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify):<br>     a._____/ VA Death Benefit one of the children ____ | $0.00 | $281.67 |
|      b._____ | $0.00 | $0.00 |
|      c._____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$11,075.57** | **$1,652.67** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$11,075.57** | **$1,652.67** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$12,728.24** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **David Moore**                                            Case No.   **10-40579**
        **Lisa Therese Moore**                                                          (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>    a. Are real estate taxes included?  ☐ Yes  ☑ No<br>    b. Is property insurance included?  ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel<br>             b. Water and sewer<br>             c. Telephone<br>             d. Other:  Telecommunications | <br><br>$138.62<br>$123.28 |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | <br>$707.43<br><br>$6.68<br>$50.00<br><br>$67.68<br>$33.33 |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>          a. Homeowner's or renter's<br>          b. Life<br>          c. Health<br>          d. Auto<br>          e. Other: | <br>$133.54<br>$208.50 |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>          a. Auto:<br>          b. Other:<br>          c. Other:<br>          d. Other: | |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other: School expenses<br>17.b. Other: Miscellaneous | <br><br>$8,388.07<br>$668.85<br>$28.40 |
| <span style="background-color:yellow">18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)</span> | <span style="background-color:yellow">**$10,554.38**</span> |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **Property taxes are going down as the Agricultural exemptions and no more late charges and penalties will lower the property tax burden.  Legal fees are exepected to decrease as well.** | |
| 20. STATEMENT OF MONTHLY NET INCOME<br>a. Average monthly income from Line 15 of Schedule I<br>b. Average monthly expenses from Line 18 above<br>c. Monthly net income (a. minus b.) | <br>$12,728.24<br>$10,554.38<br>$2,173.86 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **David Moore**                                      CASE NO    **10-40579**
        **Lisa Therese Moore**

                                                            CHAPTER    **12**

## EXHIBIT TO SCHEDULE J

## Itemized Business Expenses
**Livestock and implement sales, breeding fees, outfitter serv**

| Expense | Category | Amount |
|---|---|---|
| Accounting fees | Professional Fees | $50.33 |
| Advertising | Advertising | $69.83 |
| Motor Vehicle Fuel | Gasoline | $597.49 |
| Auto Insurance | Insurance | $227.39 |
| Vehicle Servicing | Transportation | $208.86 |
| Bank Fees | Accounting | $90.06 |
| Cell phone | Telephone | $498.54 |
| Dues and subscriptions | Miscellaneous | $48.00 |
| Entry Fees | Fees | $72.16 |
| Farm Maintenance | Maintenance | $91.66 |
| Farm Supplies | Supplies | $540.75 |
| Livestock Feed | Feed | $561.98 |
| Livestock Registration | Fees | $1.67 |
| Livestock and Implement Purchases | Cost of Goods Sold | $2,967.31 |
| Office Expenses | Office | $241.82 |
| Postage | Shipping | $3.57 |
| Tack | Tack | $74.87 |
| Property Taxes | Taxes | $1,089.38 |
| Gas and electric | Utilities | $752.02 |
| Internet | Telecommunications | $56.47 |
| Other Utilities | Utilities | $18.36 |
| Veterinary Expenses | Professional Fees | $125.55 |
| | **Total >** | **$8,388.07** |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re **David Moore**
**Lisa Therese Moore**

Case No.    **10-40579**

Chapter     **12**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $252,000.00 | | |
| B - Personal Property | Yes | 10 | $56,473.20 | | |
| C - Property Claimed as Exempt | Yes | 12 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $352,283.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $251,763.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $12,728.24 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $10,554.38 |
| TOTAL | | 40 | $308,473.20 | $604,046.23 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **David Moore**                                                                  Case No.   **10-40579**
     **Lisa Therese Moore**                                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**41**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **12/18/2010**_____          Signature  _**/s/ David Moore**_____
                                                                                           **David Moore**


Date  **12/18/2010**_____          Signature  _**/s/ Lisa Therese Moore**_____
                                                                                           **Lisa Therese Moore**
                                                                 [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:  **David Moore**
　　　 **Lisa Therese Moore**

Case No.  __10-40579_____
　　　　　　　　(if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 12000 | 2010 YTD approx. |
| 19385 | 2009 |
| 7241.00 | 2008 |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
|  | One of the children receives VA Death Benefit $281.67 and Social Security Benefits $1371 in the childs name in a custodial account that Debtors may only use for appropriate household expenses. |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Bethany Fulton Missy Liner c/o Jamie Lowry P.O. Box 580 Franklin, TX 77856 | October 24, 2010 | $7500 final payment in a settlement | Nothing |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:   **David Moore**                                     Case No.   **10-40579** _____
         **Lisa Therese Moore**                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☑   c.   All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **There was a previous state court lawsuit by Lisa Bushman but there has been no activity for a long time and as far as the Debtors' know the lawsuit had resulted in a final judgment and was therefore not "pending."** | | **Waller County, Texas District Court** | |
| **No. 10-05-20484, In re Order for Foreclosure Concerning Lisa Moore, David Moore** | **Forecklosure** | **155th Judicial District, Waller County, Texas** | **Order for foreclosure issued.** |
| **08-3162, Bushman v. Moore** | **dischargeability, status of property** | **Bankr. S. D. Tex.** | **judgment appealed, case remanded, remand appealed back to District Court. Apellate case numbers: 09-1026 S.D. Tex. 10-3045 S.D. Tex. 10-20064 5th Cir.** |
| **08-3185, Bethany Fulton and Missy Liner v. David Moore** | **Dischargeability  and recover money** | **Bankr. S. D. Tex.** | **Settlement finished.** |

---

None
☐   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **There were attempts to seize the 18 acres of land that is part of the Debtor's homestead.** | **May 2009** | **See Schedule A** |
| **Lisa Bushman by Ronald H. Tonkin (see Scheccdule F).** | | |

---

**5. Repossessions, foreclosures and returns**

None
☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:  **David Moore**                                      Case No.   **10-40579**
        **Lisa Therese Moore**                                        _____
                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None ☑ | **6. Assignments and receiverships**
a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ | b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐ | **7. Gifts**
List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Champion Cowboy Church | Church where debtors worship | Varies | $200 per year approximately. |

---

None ☑ | **8. Losses**
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐ | **9. Payments related to debt counseling or bankruptcy**
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Alexander B. Wathen Wathen & Associates 10333 Northwest Freeway, Suite 503 Houston, TX 77092 | September 2010 | $4500 for this case. |
| Alexander B. Wathen Wathen & Associates 10333 Northwest Freeway, Suite 503 Houston, TX 77092 | Mostly late fall 2009 early spring 2010. | Fees for appeal of Busman v. Moore case. Estimated at less than $4000 during period in question (records not available immediately at time of completion of this statement). |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **David Moore**                                    Case No.   **10-40579**
         **Lisa Therese Moore**                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**10. Other transfers**

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **David Moore**                          Case No.   **10-40579**
         **Lisa Therese Moore**                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☐  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Farming business at homestead** | **Farming** | **last 15 years** |
| **Davlis LLC** | **Holding company for land** | **10/07/2004-Copies of shares turned over on 11/10/2007.  Unclear if they were actually transferred or sold.** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **David Moore**                                          Case No.   **10-40579**
            **Lisa Therese Moore**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

| | | |
|---|---|---|
| **Brushy Creek Kennel, Inc.** | **Dog breeding, importing and sales** | **2000-Shares were turned over on 11/10/2007.  Unclear if they were actually transferred or sold.** |
| **Davlis Enterprises, Ltd.**<br><br>**Limited Partnership** | **Owning land** | **2005-Copies of shares were turned over on 11/10/2007.  Unclear if they were actually transferred or sold.** |

None ☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☑   a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑   b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

None ☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **David Moore**                                                            Case No.   **10-40579** _____
         **Lisa Therese Moore**                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None
☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None
☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None
☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **12/18/2010** _____          Signature _____   **/s/ David Moore** _____
                                                        of Debtor         *David Moore*

Date   **12/18/2010** _____          Signature _____   **/s/ Lisa Therese Moore** _____
                                                        of Joint Debtor    *Lisa Therese Moore*
                                                        (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **David Moore**
      **Lisa Therese Moore**

CASE NO  **10-40579**

CHAPTER  **12**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept: | Fixed Fee: | **$4,500.00** |
| Prior to the filing of this statement I have received: | | **$4,500.00** |
| Balance Due: | | **$0.00** |

2. The source of the compensation paid to me was:
    ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:
    ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**adversary proceedings, appeals. The fee does include the initial filing fee.**

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **12/18/2010** | **/s/ Alexander B. Wathen** |
| *Date* | *Alexander B. Wathen*      Bar No.  24005122 |
| | Wathen & Associates |
| | 10333 Northwest Freeway |
| | Suite 503 |
| | Houston, TX 77092 |
| | Phone: (281) 999-9025 |