B6F (Official Form 6F) (12/07)

In re **David Moore**  
**Lisa Therese Moore**

Case No. **10-40579**
(if known)

*AMENDED 3/2/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**America's Servicing Co.**<br>**3476 Stateview Blvd**<br>**MAC #X7801-014**<br>**Fort Mill, SC 29715** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | X | **Notice Only** |
| ACCT #: **xx9936**<br>**American Credit Bureau**<br>**3800 S Congress Ave**<br>**Boynton Beach, FL 33426** | | - | DATE INCURRED: **03/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | X | **($1.00)** |
| ACCT #: **xxxxxxxxxxxx4703**<br>**American Express**<br>**c/o Becket and Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355** | | - | DATE INCURRED: **05/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$0.00** |
| ACCT #: **xxxxxxxxxxxx1453**<br>**Aspire**<br>**Po Box 105555**<br>**Atlanta, GA 30348** | | - | DATE INCURRED: **06/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$0.00** |
| ACCT #:<br>**AT&T Wireless**<br>**One ATT Way**<br>**Bedminster, NJ 07921** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Cell phone service**<br>REMARKS: | | | X | **$350.00** |
| ACCT #: **xxxxxxxxxx7898**<br>**Bank Of America**<br>**Po Box 15026**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: **10/18/2006**<br>CONSIDERATION:<br>**Check Credit or Line of Credit**<br>REMARKS: | | | X | **$0.00** |
| | | | | | | Subtotal > | **$349.00** |
| | | | | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____**8**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **David Moore**  
      **Lisa Therese Moore**

Case No. **10-40579**  
(if known)

*AMENDED 3/2/2011*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx8338<br>**Bank Of America**<br>**Po Box 15026**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: **10/27/2006**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxx-xxxx-xxxx-1130<br>**Bank of Ireland**<br>**PO Box 16120**<br>**Dublin 1**<br>**Ireland** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $10,211.00 |
| ACCT #:<br>**Bethany Fulton**<br>**Missy Liner**<br>**c/o Jamie Lowry**<br>**P.O. Box 580**<br>**Franklin, TX 77856** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Paid in full prior to filing. No release of judgment filed. Debtors dispute that anything is owed. Fulton and Liner would not claim that anything is owed.** | | | X | **Notice Only** |
| ACCT #: xxxxxxxxxxxx2704<br>**Capital One, N.a.**<br>**C/O American Infosource**<br>**PO Box 54529**<br>**Oklahoma City, OK 73154** | | - | DATE INCURRED: **11/15/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | ($1.00) |
| ACCT #: xxxxxxxxxxxx3892<br>**Capital One, N.a.**<br>**C/O American Infosource**<br>**PO Box 54529**<br>**Oklahoma City, OK 73154** | | - | DATE INCURRED: **09/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |

Sheet no. ___1___ of ___8___ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $10,210.00

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **David Moore**  
**Lisa Therese Moore**

Case No. **10-40579**  
(if known)

*AMENDED 3/2/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx7652<br>**Capital One, N.a.**<br>**C/O American Infosource**<br>**PO Box 54529**<br>**Oklahoma City, OK 73154** | | - | DATE INCURRED: **12/24/2003**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxxx3257<br>**Capital One, N.a.**<br>**C/O American Infosource**<br>**PO Box 54529**<br>**Oklahoma City, OK 73154** | | - | DATE INCURRED: **06/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxxx0994<br>**Capital One, N.a.**<br>**C/O American Infosource**<br>**PO Box 54529**<br>**Oklahoma City, OK 73154** | | - | DATE INCURRED: **05/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxx7475<br>**Chase**<br>**11200 W Parkland A**<br>**Milwaukee, WI 53224** | | - | DATE INCURRED: **05/2001**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | X | ($1.00) |
| ACCT #: xxxxxxxxxxxx1538<br>**Chase**<br>**Attn: Bankruptcy Dept**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: **09/01/1998**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxxx4882<br>**Chase**<br>**P.o. Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: **01/2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |

Sheet no. __2__ of __8__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > ($1.00)

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **David Moore**
**Lisa Therese Moore**

Case No. **10-40579**
(if known)

*AMENDED 3/2/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx1116<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: 05/1998<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxxx2771<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: 06/2006<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxxx9867<br>**Chase**<br>**Bank One Card Serv**<br>**Westerville, OH 43081** | | - | DATE INCURRED: 06/2005<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxx0550<br>**Chase**<br>**9451 Corbin Avenue**<br>**Northridge, CA 91328** | | - | DATE INCURRED: 04/1998<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxx0636<br>**Chase**<br>**Po Box 1093**<br>**Northridge, CA 91328** | | - | DATE INCURRED: 05/2001<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxxx0267<br>**Chase**<br>**Attn: Bankruptcy Dept**<br>**PO Box 15145**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: 03/1994<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |

Sheet no. __3__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **David Moore**
**Lisa Therese Moore**

Case No. **10-40579**
(if known)

*AMENDED 3/2/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx3667<br>**Cit Fin Serv**<br>**715 S. Metropolitan Ave**<br>**Oklahoma City, OK 73108** | | - | DATE INCURRED: **11/2003**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxx2168<br>**Cit Fin Serv**<br>**715 S. Metropolitan Ave**<br>**Oklahoma City, OK 73108** | | - | DATE INCURRED: **08/2002**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxx2271<br>**Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**PO Box 20507**<br>**Kansas City, MO 64195** | | - | DATE INCURRED: **02/16/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxx7771<br>**Citibank Usa**<br>**Attn.: Centralized Bankruptcy**<br>**PO Box 20363**<br>**Kansas City, MO 64195** | | - | DATE INCURRED: **12/1999**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxx2765<br>**Citifinancial Retail Services**<br>**Citifinancial/Attn: Bankruptcy Dept**<br>**1111 Northpoint Dr**<br>**Coppell, TX 75019** | | - | DATE INCURRED: **05/2003**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**DirecTV**<br>**P.O. Box 78626**<br>**Phoenix, AZ 85062** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Satellite Telecommunications**<br>REMARKS:<br>**Approx.** | | | | $240.00 |

Sheet no. ___4___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $240.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **David Moore**
     **Lisa Therese Moore**                                           Case No. **10-40579**
                                                                              (if known)

*AMENDED 3/2/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx6446<br>**Discover Fin**<br>**Attention: Bankruptcy Department**<br>**PO Box 3025**<br>**New Albany, OH 43054** | | - | DATE INCURRED: **12/1995**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxx9625<br>**First Community Bank**<br>**1150 West Main Street**<br>**Tomball, TX 77375** | | - | DATE INCURRED: **06/2001**<br>CONSIDERATION: **Automobile**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxxx5533<br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | - | DATE INCURRED: **11/19/2008**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxxx2908<br>**First Usa Bank N A**<br>**3565 Piedmont Rd Ne**<br>**Atlanta, GA 30305** | | - | DATE INCURRED: **05/1998**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxx6480<br>**Ford Motor Credit Corporation**<br>**National Bankruptcy Center**<br>**PO Box 6275**<br>**Dearborn, MI 48121** | | - | DATE INCURRED: **06/1999**<br>CONSIDERATION: **Automobile**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxxx2620<br>**GEMB / Mervyns**<br>**Attention: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED: **12/02/2001**<br>CONSIDERATION: **Charge Account**<br>REMARKS: | | | X | $0.00 |

Sheet no. __5__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $0.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **David Moore**
**Lisa Therese Moore**

Case No. **10-40579**
(if known)

*AMENDED 3/2/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx6364<br>**Gemb/jcp**<br>**Attention: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED: **12/13/1995**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxxx3410<br>**Gembppbycr**<br>**Attention: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED: **06/20/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | ($1.00) |
| ACCT #: xxxxxxxxxxxx2308<br>**Hsbc/ofmax**<br>**Po Box 15221**<br>**Wilmington, DE 19850** | | - | DATE INCURRED: **04/1998**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | X | $0.00 |
| ACCT #:<br>**Hughes Net**<br>**P.O. Box 96874**<br>**Chicago, IL 60693** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Internet Service**<br>REMARKS:<br>**Business Debt** | | | X | $178.23 |
| ACCT #:<br>**Lisa Bushman**<br>**c/o Ronald H. Tonkin**<br>**2777 Allen Parkway, Suite 1080**<br>**Houston, TX 77019** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Reduced to judgment but on appeal. Approx. amount.** | | | X | $250,000.00 |
| **Representing:**<br>**Lisa Bushman** | | | **David Askanase, Chapter 7 Trustee**<br>**Hughes Watters Askanase**<br>**333 Clay, 29th Floor**<br>**Houston, Texas 77002** | | | | **Notice Only** |

Sheet no. __6__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$250,177.23**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **David Moore**
     **Lisa Therese Moore**

Case No. **10-40579**
(if known)

*AMENDED 3/2/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx5284<br>**National City**<br>Attention: Bankruptcy Department<br>6750 Miller Rd<br>Brecksville, OH 44141 | | - | DATE INCURRED: 06/2005<br>CONSIDERATION:<br>**Recreational**<br>REMARKS: | | | X | $0.00 |
| ACCT #: x7265<br>**Palais R/gnb**<br>P.o. Box 64<br>Jacksonville, TX 75766 | | - | DATE INCURRED: 08/07/2001<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxx3807<br>**Pnc Mortgage**<br>6 N Main St<br>Dayton, OH 45402 | | - | DATE INCURRED: 01/2006<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxx2301<br>**San Antonio Credit Uni**<br>Attn: Bankruptcy<br>PO Box 1356<br>San Antonio, TX 78295 | | - | DATE INCURRED: 11/2003<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxxx0151<br>**Sears/cbsd**<br>Po Box 6189<br>Sioux Falls, SD 57117 | | - | DATE INCURRED: 11/1984<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | $0.00 |
| ACCT #: xxxxxxxxxxxx2734<br>**Suntrust Bank**<br>Po Box 85052<br>Richmond, VA 23285 | | - | DATE INCURRED: 10/16/2006<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | X | ($1.00) |

Sheet no. ___7___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  ($1.00)

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **David Moore**  Case No. **10-40579**
      **Lisa Therese Moore**                 (if known)

*AMENDED 3/2/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **T-Mobile** <br> **P.O. Box 660252** <br> **Dallas, TX 75266** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Mobile Phone Service** <br> REMARKS: | | | X | $1,000.00 |
| ACCT #: **xxxxxxxxxxxx3001** <br> **Texasone Community Cre** <br> **12811 Northwest Fwy** <br> **Houston, TX 77040** | | - | DATE INCURRED: **06/2009** <br> CONSIDERATION: <br> **Automobile** <br> REMARKS: | | | X | $0.00 |
| ACCT #: **xxxxxxx2001** <br> **Us Bank** <br> **Po Box 5227** <br> **Cincinnati, OH 45201** | | - | DATE INCURRED: **07/2000** <br> CONSIDERATION: <br> **Conventional Real Estate Mortgage** <br> REMARKS: | | | X | $0.00 |
| ACCT #: **xxxxxxxxxxxx5315** <br> **Wells Fargo Bank** <br> **Po Box 5445** <br> **Portland, OR 97228** | | - | DATE INCURRED: **06/2001** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | X | $0.00 |

Sheet no. __8__ of __8__ continuation sheets attached to  Subtotal >  **$1,000.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >  **$261,974.23**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **David Moore**　　　　　　　　　　　　　　　　　　　　　　　　Case No.　**10-40579**
　　　**Lisa Therese Moore**　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

### *AMENDED 3/2/2011*
# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of　　**10**　　sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **3/2/2011**　　　　　　　　　　　Signature **/s/ David Moore**
　　　　　　　　　　　　　　　　　　　　　　　　　*David Moore*

Date **3/2/2011**　　　　　　　　　　　Signature **/s/ Lisa Therese Moore**
　　　　　　　　　　　　　　　　　　　　　　　　　*Lisa Therese Moore*
　　　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*