

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
01/15/2014

In Re:   David and Lisa Moore        §
                                     §   Bankruptcy Case No. 10-40579-H1-12
         Debtor(s).                  §

# ORDER GRANTING EMERGENCY MOTION TO RESCHEDULE ALL HEARINGS ON FEBRUARY 3, 2014 (Docket Nos. 134 and 139)

The Court after considering the motion is of the opinion that it should be granted.  All hearings originally scheduled (Dkt. Nos. 134 and 139) for February 3, 2014 is rescheduled to

**February 10, 2014 at 9:30 a.m.**  Movant to serve notice to interested parties.

   It is so ordered.

Signed:

   January 15, 2014

_____
Marvin Isgur
United States Bankruptcy Judge