**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In Re:        David and Lisa Moore        §
                                          §   Bankruptcy Case No. 10-40579-H1-12
              Debtor(s).                  §

**SUPPLEMNTAL DISCLOSURE PURSUANT TO RULE 2016**

Since the most recent notice have paid another $2,000 so far.

                                    Respectfully Submitted,

1/21/14____                         /s/ Alexander B. Wathen_____
Date                                Alexander B. Wathen
                                    Attorney for Debtor(s)
                                    Texas Bar No. 24005122
                                    S.D. Tex. No. 22793
                                    13280 Northwest Freeway, Suite F352
                                    Houston, TX 77040
                                    Ph.  (281) 999-9025
                                    Fax (281) 616-6242
                                    wathenecf@gmail.com

_____

**CERTIFICATE OF SERVICE**

I certify that on January 21, 2014, I have or am contemporaneously serving a copy of these documents with all attachments on those entities listed below either by first class mail or through the Clerk by electronic mail.

1/21/14____                         /s/ Alexander B. Wathen_____
Date                                Alexander B. Wathen

**BY ELECTRONIC MEANS THROUGH THE CLERK OR BY FIRST CLASS MAIL:**

Ronald H. Tonkin, for Lisa Bushman, rhtonkin@juno.com
Chapter 12 Trustee
U.S. Trustee