

**ENTERED**
**03/17/2014**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In Re:  David and Lisa Moore  §
        §  Bankruptcy Case No. 10-40579-H1-12
Debtor(s).  §

### ORDER GRANTING AGREED EMERGENCY MOTION FOR DEBTOR'S COUNSEL ALEXANDER B. WATHEN TO WITHDRAW

The Court after considering the motion is of the opinion that it should be granted.  Mr. Wathen is released from any further representation of the Debtors in this case.

It is so ordered.

Signed:

March 17, 2014

_____
Marvin Isgur
United States Bankruptcy Judge